IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:13CR40027-001 |
| | ) | |
| MARTINEZ AUTO SALES, LLC | ) | |

## MONEY JUDGMENT

On ~~August~~ nov. 8, 2013, the defendant pleaded guilty to an Information charging it with Structuring Currency Transactions to Avoid Reporting Requirements, in violation of 31 U.S.C. § 5324.

In the forfeiture allegation of the Indictment, the United States seeks forfeiture, pursuant to Title 31 U.S.C. § 5317 (c)(1)(A), all property involved in or traceable to property involved in the offenses, and any property traceable thereto, to wit: a sum of $80,000.00 in United States currency representing the property involved in the offense described in the Information.

Pursuant to the plea agreement, the United States and the defendant have agreed that the defendant shall forfeit a sum of $80,000.00 in United States Currency, which represents the property involved in the offense of Structuring Currency Transactions to Avoid Reporting Requirements. The parties have stipulated and agreed that this is a sum in aggregate that represents property that was involved in the offense of conviction. The defendant has further agreed that if he does not pay the $80,000.00 in United States Currency at the time of his sentencing, then he must provide a list of all assets that he has an interest in that are valued in excess of $5,000.00. It is expressly contemplated that any forfeiture of funds located in Civil Case No. 12-4150, shall be applied to the amount of this money judgment. The defendant also

1

agrees to execute any and all documents requested by the United States to facilitate or complete the forfeiture process.

Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. That a money judgment in the amount of $80,000.00 in United States Currency shall be entered against the defendant, Martinez Auto Sales, LLC, as a sum representing the property involved in the conduct for which he has been convicted.

2. That if the defendant does not pay $80,000.00 at the time of his sentencing, then he shall provide a list of all assets of which he has an interest in valued in excess of $5,000.00. He shall execute any and all documents requested by the United States to facilitate or complete a subsequent forfeiture process.

3. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), upon entry of this judgment, but after sentencing in this case, the United States is authorized to seize any specific property that is subject to forfeiture as set forth herein in this order and according to the terms of the plea agreement, to conduct any discovery the Court may consider proper in identifying, locating, or disposing of the property.

4. Pursuant to Federal Rule of Criminal Procedure 32.2(c)(1), no ancillary proceeding is required to the extent that a forfeiture consists of a money judgment.

5. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), any order of forfeiture becomes final as to the defendant at sentencing.

6. If the defendant does not pay the $80,000.00 in United States Currency by sentencing as he has agreed to in the plea agreement with the United States, and those assets:

    a. Cannot be located upon the exercise of due diligence;

b. Have been transferred to, or deposited with a third party; or

c. Have been placed beyond the jurisdiction of the Court;

then any other property of the defendant up to the value of the total amount of forfeited property shall be forfeited to the United States as substitute assets pursuant to 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(p).

7. Regarding any substitute assets seized to satisfy this Order, the defendant shall be credited the appraised value of each asset, to be applied towards the $80,000.00 money judgment.

IT IS SO ORDERED this 12th day of December, 2013

_____
United States District Court Judge

Approved as to Form and Content:

_____
Benjamin Wulff, Assistant U.S. Attorney

_____
David Graham, Attorney for claimant

_____
Virgilio Morales Martínez, claimant

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
DEC 1 2 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

3